**No. 09-7606. Scott John Travaline, Petitioner v. Robin Travaline.**

559 U.S. 1046, 130 S. Ct. 2086, 176 L. Ed. 2d 432, 2010 U.S. LEXIS 2911.

March 29, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1154, 130 S. Ct. 1153, 175 L. Ed. 2d 983, 2010 U.S. LEXIS 654.

**No. 09-7611. Michael Anthony Diaz, Petitioner v. Texas.**

559 U.S. 1046, 130 S. Ct. 2086, 176 L. Ed. 2d 432, 2010 U.S. LEXIS 2908.

March 29, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1154, 130 S. Ct. 1154, 175 L. Ed. 2d 984, 2010 U.S. LEXIS 672.

**No. 09-7682. James E. Aldridge, Jr., et ux., Petitioners v. United States.**

559 U.S. 1046, 130 S. Ct. 2086, 176 L. Ed. 2d 432, 2010 U.S. LEXIS 2814.

March 29, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1129, 130 S. Ct. 1095, 175 L. Ed. 2d 913, 2010 U.S. LEXIS 491.

**No. 09-7692. William May, Petitioner v. Aarsand Management.**

559 U.S. 1046, 130 S. Ct. 2086, 176 L. Ed. 2d 432, 2010 U.S. LEXIS 2878.

March 29, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 908, 130 S. Ct. 1290, 175 L. Ed. 2d 1082, 2010 U.S. LEXIS 900.

**No. 09-7724. Farid Popal, aka John Popal, Petitioner v. New York.**

559 U.S. 1046, 130 S. Ct. 2086, 176 L. Ed. 2d 432, 2010 U.S. LEXIS 2874.

March 29, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 909, 130 S. Ct. 1291, 175 L. Ed. 2d 1083, 2010 U.S. LEXIS 974.

**No. 09-7893. Robert Johnson, Petitioner v. Cook Incorporated.**

559 U.S. 1046, 130 S. Ct. 2086, 176 L. Ed. 2d 432, 2010 U.S. LEXIS 2777.

March 29, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1155, 130 S. Ct. 1158, 175 L. Ed. 2d 986, 2010 U.S. LEXIS 682.

**No. 09-7947. Gerald C. Bakarich, Petitioner v. New Jersey.**

559 U.S. 1046, 130 S. Ct. 2086, 176 L. Ed. 2d 432, 2010 U.S. LEXIS 2828.

March 29, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 946, 130 S. Ct. 1518, 176 L. Ed. 2d 125, 2010 U.S. LEXIS 1353.